IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | Court Case No: 4:24-cv-04051-LLP |
| Plaintiff, | |
| v. | |
| GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County*, | **ADMISSION OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendants. | |

---

Personal service of the Summons and Complaint in the above-captioned case is hereby admitted by receipt of copies thereof at Sioux Falls, South Dakota, this 11th day of June, 2024.

On behalf of Greg Sattizahn, in his official capacity as South Dakota State Court Administrator, Defendant.

_____
Signature

_____Counsel_____
Relationship to Entity / Authority to Receive Service of Process

_____11 June 2024_____
Date of Signature

---

1

94960440.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | Court Case No: 4:24-cv-04051-LLP |
| Plaintiff, | |
| v. | |
| GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County,* | **ADMISSION OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendants. | |

Personal service of the Summons and Complaint in the above-captioned case is hereby admitted by receipt of copies thereof at Sioux Falls, South Dakota, this 11th day of June, 2024.

On behalf of Karl Thoennes, in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties, Defendant.

_____
Signature

_____
Relationship to Entity / Authority to Receive Service of Process

11 June 2024
_____
Date of Signature

2

94960440.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>    Plaintiff,<br><br>v.<br><br>GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County,*<br><br>    Defendants. | Court Case No: 4:24-cv-04051-LLP<br><br>**ADMISSION OF SERVICE OF SUMMONS AND COMPLAINT** |

Personal service of the Summons and Complaint in the above-captioned case is hereby admitted by receipt of copies thereof at Sioux Falls, South Dakota, this 11th day of June, 2024.

On behalf of Liz Hassett, in her official capacity as the Circuit Court Administrator for Pennington Court, Defendant.

_____
Signature

_____
Relationship to Entity / Authority to Receive Service of Process

11 June 2024
_____
Date of Signature

3

94960440.1