IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

COURTHOUSE NEWS SERVICE,

    Plaintiff,

v.

GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County,*

    Defendants.

Case No: 4:24-cv-04051-LLP

## JOINT STATUS REPORT AND MOTION FOR CONTINUED STAY

Plaintiff, Courthouse News Services ("Courthouse News") and Defendants Greg Sattizahn, in his official capacity as South Dakota State Court Administrator, Karl Thoennes, in his official capacity as the Circuit Court Administrator for Minnehaha and Lincoln County Circuit Courts, and Liz Hassett, in her official capacity as the Circuit Court Administrator for Pennington County Circuit Court (collectively "Defendants"), by and through their undersigned attorneys, hereby notify the Court that the Parties have been actively discussing settlement and have reached an agreement in principle to resolve all claims and they are in the process of memorializing a written settlement agreement. The parties request the stay be extended for another thirty (30) days to finalize this agreement.

In furtherance of their request, the parties state as follows:

1

1. Courthouse News initiated this action on March 15, 2024 (*see* ECF Doc. 1), alleging that Defendants' policies and practices concerning access to new non-confidential e-filed civil complaints violated the First and Fourteenth Amendments to the United States Constitution.

2. Defendants admitted service on June 11, 2024 (*see* ECF Doc. 5).

3. On June 12, 2024, Defendants requested, and Courthouse News consented to, a temporary stay to continue discussions of a potential resolution that could obviate the need for this litigation, including implementation of a system that would allow Courthouse News and the general public access to filed civil complaints before the clerk's office has processed them.

4. On June 18, 2024, the Court stayed this case until September 10, 2024.

5. Over the past several months the parties have worked on a resolution in principle that would resolve all claims and now request an additional thirty (30) days from the date of this Motion to finalize the settlement agreement and terms, including the timing within which a new system for processing civil complaints can be implemented.

6. No party will be prejudiced by extending the stay. Good cause exists for this additional stay as it will facilitate judicial economy and avoid needless expenditure of litigation resources.

WHEREFORE, the Parties hereby request that the Court further stay this matter for an additional thirty days, up and until November 15, 2024, to allow the Parties to complete their settlement agreement, at which time the Parties will submit a further Joint Status Report advising on the status of their settlement.

94990318.2

| | |
|---|---|
| Date:   October 16, 2024 | Respectfully submitted,<br><br>By: _____<br>Brendan V. Johnson (SD #3263)<br>ROBINS KAPLAN LLP<br>150 E 4th Place, Suite 704<br>Sioux Falls, SD 57104<br>Tel. (605) 335-1300<br>Fax (605) 740-7199<br>BJohnson@RobinsKaplan.com<br><br>Herbert R. Giorgio, Jr. (MO #58524)*<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO  63102<br>Tel. (314) 259-2000<br>Fax (314) 259-2020<br>herb.giorgio@bclplaw.com<br>*admission pro hac vice pending<br><br>*Attorneys for Plaintiff Courthouse News Service* |

3

94990318.2

Date:   October 16, 2024

                         WOODS, FULLER, SHULTZ & SMITH P.C.

                         By _____
                            James E. Moore
                            P.O. Box 5027
                            300 South Phillips Avenue, Suite 300
                            Sioux Falls, SD 57117-5027
                            Phone (605) 336-3890
                            Fax (605) 339-3357
                            Email:  James.Moore@woodsfuller.com
                            *Attorneys for Defendants*

94990318.2