IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

COURTHOUSE NEWS SERVICE,

    Plaintiff,

v.

GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County,*

    Defendants.

Case No: 4:24-cv-04051-LLP

## **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Plaintiff, Courthouse News Services ("Courthouse News") and Defendants Greg Sattizahn, in his official capacity as South Dakota State Court Administrator, Karl Thoennes, in his official capacity as the Circuit Court Administrator for Minnehaha and Lincoln County Circuit Courts, and Liz Hassett, in her official capacity as the Circuit Court Administrator for Pennington County Circuit Court (collectively "Defendants"), by and through their counsel, hereby notify the Court that the Parties have reached a settlement in the above-titled matter.

As set forth in further detail in the Parties' written agreement, and without admitting liability for any claims asserted in the Complaint, Defendants, through the South Dakota State Court Administrator's Office, have agreed to implement an online portal to provide registered users with on-receipt access to new non-confidential civil complaints filed with all South Dakota

1

circuit courts in all counties upon the complaints' receipt by the South Dakota courts via the statewide e-filing system. Defendants expect to implement this portal before July 2025. Once the portal is operational, Defendants will provide written notice to Plaintiff confirming the same. Within ten (10) days of receipt of Defendants' written notice as outlined in the Parties' agreement, Plaintiff will file a joint motion or stipulation for dismissal with prejudice.

The Parties hereby request that the Court stay this matter until July 1, 2025, to allow Defendants time to fully perform their duties as required under the Parties' written settlement agreement. If the Parties have not sought dismissal on or before July 1, 2025, the Parties will file a joint status report explaining why the matter has not been dismissed.

Dated: November 15, 2024.

Respectfully submitted,

By: /s/ *Brendan V. Johnson*
Brendan V. Johnson [S.D. bar number 3263]
ROBINS KAPLAN LLP
150 E 4th Place, Suite 704
Sioux Falls, SD 57104
Tel. (605) 335-1300
Fax (605) 740-7199
BJohnson@RobinsKaplan.com

By: _[signature]_
James E. Moore
WOODS, FULLER, SHULTZ & SMITH P.C.
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email: James.Moore@woodsfuller.com

Herbert R. Giorgio, Jr. (MO #58524)*
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel. (314) 259-2000
Fax (314) 259-2020
herb.giorgio@bclplaw.com
*admission pro hac vice pending

*Attorneys for Defendants*

*Attorneys for Plaintiff*