UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | 4:24-cv-04051-LLP |
| Plaintiff, | : | |
| v. | : | |
| GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County*, | : : : : | **JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY** |
| Defendants. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

On November 20, 2024, the Court entered an order continuing a stay of this case until July 1, 2025, to allow the Defendants time to complete steps required by the parties' written settlement agreement. (Doc. 13.) The order requires that by July 1, 2025, the Plaintiff file either a joint motion or stipulation for dismissal or a joint status report explaining why the case is not ready to be dismissed. For the following reasons, the parties request that the stay be extended until August 1, 2025.

The Defendants have worked with the vendor for the State's e-filing system to develop the online portal described in the Court's order and required by the settlement agreement. In recent testing of the new portal, the Defendants discovered that it was including confidential filings. While the Defendants expected that the remedy for this would be technological, protecting confidential filings will instead require a change in how the users of the State's e-

1

Case No.: 4:24-cv-04051-LLP
Joint Status Report and Request for Further Stay

filing system make initial filings. Thus, the Defendants need some additional time to notify and educate all users of the steps necessary to ensure that confidential filings remain confidential and are not made public through the new online portal. The Defendants expect that work to be completed in two or three weeks and that the online portal will be fully operational by August 1, 2025.

The parties therefore respectfully request that the Court further stay this matter until August 1, 2025.

Dated this 30th day of June, 2025.

        ROBINS KAPLAN LLP

By: _____
    Brendan V. Johnson [SD bar number 3263]
    150 E 4th Place, Suite 704
    Sioux Falls, SD 57104
    Tel. (605) 335-1300
    Fax (605) 740-7199
    BJohnson@RobinsKaplan.com

Herbert R. Giorgio, Jr. (MO #58524)*
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel. (314) 259-2000
Fax (314) 259-2020
herb.giorgio@bclplaw.com
*admission pro hac vice pending

*Attorneys for Plaintiff Courthouse News Service*

4923-0366-3696, v. 1

Case No.: 4:24-cv-04051-LLP
Joint Status Report and Request for Further Stay

Dated this 30th day of June, 2025.

                                                WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
       James E. Moore
       P.O. Box 5027
       300 South Phillips Avenue, Suite 300
       Sioux Falls, SD 57117-5027
       Phone (605) 336-3890
       Fax (605) 339-3357
       James.Moore@woodsfuller.com
       *Attorneys for Defendants*