UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br><br>vs.<br><br>GREG SATTIZAHN, in his official capacity as South Dakota State Court Administrator; KARL THOENNES, in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties; LIZ HASSETT, in her official capacity as the Circuit Court Administrator for Pennington County,<br><br>Defendants. | CIV 24-4051<br><br>ORDER CONTINUING STAY |

The parties have filed a joint request to continue the stay until August 1, 2025, to allow Defendants time to ensure confidential filings are protected under the new online filing system. (Doc. 14.) Finding good cause exists to extend the stay in this case,

IT IS ORDERED that the joint request for further stay is granted (Doc. 14). All proceedings are stayed until August 1, 2025, on which date the Plaintiff shall file either a joint motion or stipulation for dismissal, or a joint status report explaining why the matter has not been dismissed.

Dated this 7th day of July, 2025.

BY THE COURT:

*Lawrence Piersol* (signature)
Lawrence L. Piersol
United States District Judge