UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | 4:24-cv-04051-CBK |
| Plaintiff, | |
| v. | |
| GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County*, | **JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY** |
| Defendants. | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

On November 20, 2024, the Court entered an order continuing a stay of this case until July 1, 2025, to allow the Defendants time to complete steps required by the parties' written settlement agreement. (Doc. 13.) The order required that by July 1, 2025, the Plaintiff file either a joint motion or stipulation for dismissal, or a joint status report explaining why the case is not ready to be dismissed.

On June 30, 2025, the parties filed a Joint Status Report and Request for Further Stay in which they advised the Court of Defendants' progress in developing the online portal described in the Court's order and required by the settlement agreement. (Doc. 14.) The parties requested that the stay be extended until August 1, 2025. The Court granted that request. (Doc. 15.)

The Defendants have addressed and resolved the issues discussed in the parties' prior status report (Doc. 14), and the only remaining issue for the parties to address concerns the terms

1

Case No.: 4:24-cv-04051-CBK
Joint Status Report and Request for Further Stay

of use to which Defendants will ask users of the online portal to agree. The parties will require some additional time beyond the current stay period (which expires August 1) to address and resolve this remaining issue. The parties therefore respectfully request that the Court further stay this matter until September 1, 2025.

Dated this 31st day of July, 2025.

                                ROBINS KAPLAN LLP

                 By: _____
                           Brendan V. Johnson [SD bar number 3263]
                           150 E 4th Place, Suite 704
                           Sioux Falls, SD 57104
                           Tel. (605) 335-1300
                           Fax (605) 740-7199
                           BJohnson@RobinsKaplan.com

                           Herbert R. Giorgio, Jr. (MO #58524)*
                           BRYAN CAVE LEIGHTON PAISNER LLP
                           211 N. Broadway, Suite 3600
                           St. Louis, MO  63102
                           Tel. (314) 259-2000
                           Fax (314) 259-2020
                           herb.giorgio@bclplaw.com
                           *admission pro hac vice pending

                           *Attorneys for Plaintiff Courthouse News Service*

4923-0366-3696, v. 1

Case No.: 4:24-cv-04051-CBK
Joint Status Report and Request for Further Stay

Dated this 31st day of July, 2025.

                                  WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
        James E. Moore
        P.O. Box 5027
        300 South Phillips Avenue, Suite 300
        Sioux Falls, SD 57117-5027
        Phone (605) 336-3890
        Fax (605) 339-3357
        James.Moore@woodsfuller.com
        *Attorneys for Defendants*

4923-0366-3696, v. 1