UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | 4:24-cv-04051-CBK |
| Plaintiff, | : | |
| v. | : | |
| GREG SATTIZAHN, *in his official capacity as South Dakota State Court Administrator*; KARL THOENNES, *in his official capacity as the Circuit Court Administrator for Lincoln and Minnehaha Counties*; LIZ HASSETT, *in her official capacity as the Circuit Court Administrator for Pennington County*, | : : : : | **STIPULATION FOR DISMISSAL** |
| Defendants. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

  Based on the terms of their settlement agreement, the parties agree that the Court may, without further notice or hearing, enter an order dismissing this case with prejudice, with the parties bearing their own costs.

1

Case No.:  4:24-cv-04051-CBK
Stipulation for Dismissal

Dated this <u>25th</u> day of August, 2025.

                                                   ROBINS KAPLAN LLP

By: _____
     Brendan V. Johnson [SD bar number 3263]
     150 E 4th Place, Suite 704
     Sioux Falls, SD 57104
     Tel. (605) 335-1300
     Fax (605) 740-7199
     BJohnson@RobinsKaplan.com

     Herbert R. Giorgio, Jr. (MO #58524)*
     BRYAN CAVE LEIGHTON PAISNER LLP
     211 N. Broadway, Suite 3600
     St. Louis, MO  63102
     Tel. (314) 259-2000
     Fax (314) 259-2020
     herb.giorgio@bclplaw.com
     *admission pro hac vice pending

*Attorneys for Plaintiff Courthouse News Service*

Case No.:  4:24-cv-04051-CBK
Stipulation for Dismissal

Dated this 26th day of August, 2025.

                                       WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
    James E. Moore
    P.O. Box 5027
    300 South Phillips Avenue, Suite 300
    Sioux Falls, SD 57117-5027
    Phone (605) 336-3890
    Fax (605) 339-3357
    James.Moore@woodsfuller.com
    *Attorneys for Defendants*

3

4930-0713-5074, v. 1